# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| KEVIN TAYLOR, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 3:07-0857 |
| | ) | Judge Trauger |
| RICKY J. BELL, Warden, | ) ) | Magistrate Judge Brown |
| Defendant. | ) | |

## **O R D E R**

On February 1, 2008, the Magistrate Judge issued a Report and Recommendation (Docket No. 15), to which no objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the respondent's Motion to Dismiss (Docket No. 13) is **GRANTED**, and this action is **DISMISSED**.

It is so **ORDERED.**

Enter this 3rd day of March 2008.

_____
ALETA A. TRAUGER
U.S. District Judge